PAYNE & FEARS LLP
ANDREW J. JARAMILLO, Bar No. 198303
JAMES T. CONLEY, Bar No. 224174
SHEELA H. SHAH, Bar No. 239982
4 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212
E-Mail:  ajj@paynefears.com

Attorneys for Defendant
HOME DEPOT U.S.A., Inc.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JEANETTE TAYLOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HOME DEPOT U.S.A., INC and LINDA DURRER, and DOES ONE through FIFTY,<br><br>　　　　Defendant. | CASE NO. **2:08-CV-2664**<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Trial Date:  February 22, 2011 |

WHEREAS plaintiff filed her original complaint for damages on May 23, 2008 in the California Superior Court, County of Butte.

WHEREAS plaintiff filed her first amended complaint on or around August 11, 2008 in the California Superior Court, County of Butte.

WHEREAS plaintiff dismissed individual defendant Linda Durrer, without prejudice on October 14, 2008.

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS plaintiff filed her second amended complaint on or around October 28, 2008 in the California Superior Court, County of Butte.

WHEREAS Home Depot U.S.A., Inc removed the state court action to The United States District Court, Eastern District of California, on November 6, 2008.

WHEREAS on or around October 8, 2009, Home Depot U.S.A., Inc and Plaintiff entered into a complete and full settlement agreement that resolved all issues in the original complaint, and the first amended complaint, between her and Home Depot and its agents, including the individual defendant Linda Durrer.

NOW THEREFORE,  IT IS HEREBY STIPULATED by and between Plaintiff Jeanette Taylor ("Taylor") and Defendant Home Depot U.S.A., Inc. ("Home Depot"), by and through their counsel of record, that all claims for relief in the above-captioned action brought by Taylor be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS FURTHER STIPULATED that the parties agree to bear their own costs and attorneys' fees.

DATED: October _27, 2009          PAYNE & FEARS LLP


                                  By: /s/_____
                                       ANDREW J. JARAMILLO
                                       JAMES T. CONLEY

                                  Attorneys for Defendant
                                  HOME DEPOT U.S.A., INC.

DATED: November 2, 2009        LAW OFFICE OF STEPHAN R. WATTENBERG


By: /s/_____
       STEPHAN R. WATTENBERG

Attorneys for Plaintiff
JEANETTE TAYLOR


**ORDER AND DISMISSAL WITH PREJUDICE**

On reading and filing the Joint Stipulation of the parties hereto for dismissal with prejudice of the entire action, and good cause appearing therefore,

IT IS HEREBY ADJUDGED, ORDERED and DECREED that this action be dismissed with prejudice, with each party to bear its own attorney's fees and costs to achieve said dismissal. The Clerk is hereby directed to close the file. This Court shall retain jurisdiction only to enforce this Stipulation and the agreed upon resolution of this case which has been reached by the parties regarding the disposal of this matter.

**IT IS SO ORDERED.**

DATED: January 12, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com